Arthur Gollwitzer III (*Pro Hac Vice* Pending)
agollwitzer@michaelbest.com
Larry L. Saret (*Pro Hac Vice* Pending)
llsaret@michaelbest.com
Paul Coble (*Pro Hac Vice* Pending)
pcoble@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 3200
Chicago, IL  60606
Telephone:     (312) 222-0800
Facsimile:     (312) 222-0818

Patricia Peden (State Bar No. 206440)
Patricia.Peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone:     (415) 913-4932
Facsimile:     (415) 391-8766

Attorneys for Dynacraft BSC, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DYNACRAFT BSC, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>PACIFIC CYCLE INC.,<br><br>            Defendant. | Case No.  5:16-cv-04334-BLF<br><br>**Notice of Change of Address**<br><br>Judge:  Hon. Beth Labson Freeman |

Please take notice that *pro hac vice* counsel for Plaintiff Dynacraft BSC, Inc. have a new address as of January 1, 2017.  Please direct all correspondence and serve all papers at the following new address:

> Michael Best & Friedrich LLP
> 444 West Lake Street
> Suite 3200
> Chicago, IL  60606

Counsel's phone numbers and email addresses will stay the same.

Dated: January 11, 2017

/s/ *Patricia L. Peden*
Patricia L. Peden (CA Bar No. 206440)
Patricia.Peden@leclairryan.com
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, CA  94104
Telephone:     (415) 913-4932
Facsimile:      (415) 391-8766

Arthur Gollwitzer III (*Pro Hac Vice* Pending)
agollwitzer@michaelbest.com
Larry L. Saret (*Pro Hac Vice* Pending)
llsaret@michaelbest.com
Paul R. Coble (*Pro Hac Vice* Pending)
pcoble@michaelbest.com
MICHAEL BEST & FRIEDRICH LLP
444 West Lake Street, Suite 2000
Chicago, IL  60606
Telephone:     312.222.0800
Facsimile:      312.222.0818

Attorneys for Plaintiff *Dynacraft BSC, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 11th day of January, 2017, the foregoing **NOTICE OF CHANGE OF ADDRESS** was filed electronically using the Court's ECF system, which will electronically serve the same upon all counsel of record.

*/s/ Adriana L. Lawrence*
Adriana L. Lawrence